WILLIAM S. PITMAN (SBN 131253)
(E-mail: william_pitman@sbcglobal.net)
Attorney at Law
One Wilshire Building
624 S. Grand Ave., 22nd Floor
Los Angeles, California 90017
Telephone (213) 629-0272
Facsimile (213) 629-0208

Attorney for Defendant
BRYAN LEMONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:17-cr-00188-LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF BAIL |
| v. | |
| BRYAN LEMONS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Grant Rabenn and defendant BRYAN LEMONS, by and through his attorney of record, William S. Pitman, hereby agree and stipulate as follows:

**That the condition of defendant's release that he submit to drug and alcohol testing be stricken**. All other pretrial release conditions are to remain the same.

The supervising United States Pretrial Services offices do not object to these modifications.

///

///

2

Respectfully submitted,

DATED: July 15, 2019        By _____/s/ William S. Pitman_____
                                WILLIAM S. PITMAN
                                Attorney for Bryan Lemons


DATED: July 15, 2019        By _____/s/ Grant Rabenn_____
                                GRANT RABENN, AUSA
                                Attorney for United States of America


ORDER

Upon stipulation of the parties to modify the conditions of pretrial release for defendant BRYAN LEMONS and upon finding good cause, it is hereby ORDERED that:

Defendant Bryan Lemons conditions of pretrial release is modified as follows:

**That the condition of defendant's release that he submit to drug and alcohol testing is hereby stricken**. All other pretrial release conditions shall remain the same.

IT IS SO ORDERED.

Dated:   **July 17, 2019**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

3