| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00188-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING DATE; FINDINGS AND ORDER |
| v. | |
| BRYAN LEMONS, | DATE: JANUARY 13, 2020<br>TIME: 10:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Grant Rabenn, counsel for plaintiff, and William Pitman, counsel for defendant Bryan Lemons, that the sentencing hearing currently scheduled for January 13, 2020, at 10:30 a.m. may be continued to March 30, 2020, at 10:30 a.m.

Probation is currently in the process of preparing the Presentence Investigation Report ("PSR") pertaining to Mr. Lemons. Sentencing is currently scheduled for January 13, 2020. Undersigned counsel is in need of additional time in order to compile documents and materials relevant for sentencing purposes. In addition, counsel for Mr. Lemons has a trial beginning on January 6, 2020, which will likely prevent him from being able to appear on the current sentencing date of January 13, 2020. The government does not oppose this request. The March 30, 2020 date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

STIPULATION 1

IT IS SO STIPULATED.

Dated: December 5, 2019					McGREGOR W. SCOTT
							United States Attorney

							/s/ GRANT B. RABENN
							GRANT B. RABENN
							Assistant United States Attorney


Dated: December 5, 2019					/s/ WILLIAM PITMAN
							WILLIAM PITMAN
							Counsel for Defendant
							BRYAN LEMONS


## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **December 6, 2019**				**/s/ Lawrence J. O'Neill**
							UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION

2