# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN LEMONS,<br><br>Defendant. | No. 17-CR-00188-LJO-SKO<br><br>**ORDER RE: STIPULATION TO CONTINUE SENTENCING** |

Upon the stipulation of the parties to continue the sentencing hearing in this case and upon finding good cause, it is hereby ORDERED that the sentencing hearing in this case is continued from December 11, 2020, to March 26, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 29, 2020**                             /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE