UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:17-CR-00188-LJO |
| )  Petitioner, ) | **ORDER** |
| ) v. ) | |
| BRYAN LEMONS, ) | |
| )  Respondent. ) | |

Upon stipulation of the parties to continue the sentencing hearing in this case and upon finding good cause, it is hereby ORDERED that:

The sentencing hearing in this case is continued from March 26, 2021, to August 20, 2021 at 10:30 a.m.
.

IT IS SO ORDERED.

Dated:   **February 18, 2021**        _____
                                        UNITED STATES DISTRICT JUDGE