William S. Pitman, Cal. Bar No.131253
65 North Raymond Avenue
Suite 320
Pasadena, CA 91103
Tel: (213) 629-0272
william_pitman@sbcglobal.net

BRYAN LEMONS (Defendant)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br><br>BRYAN LEMONS,<br><br>      Defendant. | Case No.:  17-CR-00188-LJO-SKO<br><br>ORDER RE: STIPULATION TO CONTINUE SENTENCING |

     Upon stipulation of the parties to continue the sentencing hearing in this case and upon finding good cause, it is hereby ORDERED that:  the sentencing hearing currently scheduled for August 20, 2021, is continued to March 25, 2022 at 8:30 a.m.  It is further stipulated that the informal objections to the draft Presentence Investigative Report be delivered to the probation officer and each other on or before February 25, 2022; that the final Presentence Investigation Report be made available via CM/ECF to the Court and counsel on or before

1

March 4, 2022; that the formal objections and sentencing memoranda are filed with the Court on or before March 11, 2022; and that any Replies or Statements of Non-Opposition be filed with the Court on or before March 18, 2022.

.

Dated: __July 23__, 2021.      _____
                                  *Dale A. Drozd*
                               UNITED STATES DISTRICT COURT JUDGE



Presented by:

WILLIAM S. PITMAN (SBN 131253)


_____/s/_____

WILLIAM S. PITMAN

Attorney for Defendant

BRYAN LEMONS