WILLIAM S. PITMAN (SBN 131253)
Law Offices of William S. Pitman
65 North Raymond Avenue, Suite 320
Pasadena, CA 91103
Tel: (213) 629-0272
Fax: (213) 769-6271
Email: william_pitman@sbcglobal.net

Attorney for Defendant
BRYAN LEMONS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-CR-00188-JLT-SKO |
| Plaintiff, | ) | **ORDER CONTINUING SENTENCING DATE** |
| v. | ) | |
| BRYAN LEMONS, | ) | SENTENCING DATE: June 10, 2022 |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

(1) that the sentencing currently set for March 25, 2022 at 10:30 a.m., be

continued to June 10, 2022 at 9:00 a.m.;

(2) that the formal objections and sentencing memoranda be filed with the Court

on or before May 27, 2022; and

(3) that any Replies or Statements of Non-Opposition be filed with the Court on or

before June 3, 2022.

Date:  February 15, 2022.

_____
THE HONORABLE JENNIFER L. THURSTON
United States District Court Judge

1