William S. Pitman (SBN 131253)
65 North Raymond Avenue
Suite 320
Pasadena, CA 91103
william_pitman@sbcglobal.net
Tel.:   (213) 629-0272
Fax:   (213) 629-0208

Attorney for Bryan Lemons

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:17-CR-00188-JLT-SKO |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE SENTENCING FROM JUNE 24, 2022 TO JULY 22, 2022 |
| BRYAN LEMONS, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

(1) that the sentencing currently set for June 24, 2022 at 9:00 a.m., be continued to July 22, 2022 at 9:00 a.m.;

(2) that the formal objections and sentencing memoranda be filed with the Court on or before July 8, 2022; and

(3) that any Replies or Statements of Non-Opposition be filed with the Court on or before July 15, 2022.

IT IS SO ORDERED.

Dated:   **June 6, 2022**

_____
UNITED STATES DISTRICT JUDGE

1