WILLIAM S. PITMAN (SBN 131253)
Law Offices of William S. Pitman
65 North Raymond Avenue, Suite 320
Pasadena, CA 91103
Tel: (213) 629-0272
Fax: (213) 769-6271
Email: william_pitman@sbcglobal.net

Attorney for Defendant
BRYAN LEMONS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-CR-00188-JLT-SKO |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING DATE** |
| v. | ) | |
| | ) | |
| BRYAN LEMONS, | ) | [~~PROPOSED~~] SENTENCING DATE: |
| | ) | September 30, 2022 |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

(1) that the sentencing currently set for July 22, 2022 at 9:00 a.m., be continued to September 30, 2022 at 9:00 a.m.;

(2) that the formal objections and sentencing memoranda be filed with the Court on or before September 16, 2022; and

[PROPOSED] ORDER

(3) that any Replies or Statements of Non-Opposition be filed with the Court on or before September 23, 2022.

IT IS SO ORDERED.

Dated:  **June 23, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE