William S. Pitman (SBN 131253)
65 North Raymond Avenue
Suite 320
Pasadena, CA 91103
william_pitman@sbcglobal.net
Tel.:   (213) 629-0272
Fax:   (213) 629-0208

Attorney for Bryan Lemons

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

BRYAN LEMONS,

            Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO: 1:17-CR-00188-JLT-SKO

ORDER TO CONTINUE
SENTENCING FROM SEPTEMBER
30, 2022 TO OCTOBER 28, 2022

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

(1) that the sentencing currently set for September 30, 2022 at 9:00 a.m., be continued to October 28, 2022 at 9:00 a.m.;

(2) that the formal objections and sentencing memoranda be filed with the Court on or before October 14, 2022; and

///

///

///

///

///

///

(3) that any Replies or Statements of Non-Opposition be filed with the Court on or before October 21, 2022.

IT IS SO ORDERED.

Dated:   **August 29, 2022**

UNITED STATES DISTRICT JUDGE