William S. Pitman (SBN 131253)
65 North Raymond Avenue
Suite 320
Pasadena, CA 91103
william_pitman@sbcglobal.net
Tel.:  (213) 629-0272
Fax:  (213) 629-0208

Attorney for Bryan Lemons

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRYAN LEMONS,<br><br>    Defendant. | CASE NO: 1:17-CR-00188-JLT-SKO<br><br>[~~PROPOSED~~] ORDER TO CONTINUE SENTENCING FROM OCTOBER 28, 2022 TO DECEMBER 15, 2022 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

(1) that the sentencing currently set for October 28, 2022 at 9:00 a.m., be continued to December 15, 2022 at 9:00 a.m.;

(2) that the formal objections and sentencing memoranda be filed with the Court on or before December 1, 2022; and

(3) that any Replies or Statements of Non-Opposition be filed with the Court on or before December 8, 2022.

Dated: Oct. 17, 2022                              _____
                                                  THE HONORABLE JENNIFER L THURSTON
                                                  UNITED STATES DISTRICT JUDGE

1