William S. Pitman (SBN 131253)
65 North Raymond Avenue
Suite 320
Pasadena, CA 91103
william_pitman@sbcglobal.net
Tel.:  (213) 629-0272
Fax:  (213) 629-0208

Attorney for Bryan Lemons

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRYAN LEMONS,<br><br>　　　　Defendant. | CASE NO: 1:17-CR-00188-JLT-SKO<br><br>ORDER TO CONTINUE   SELF SURRENDER DATE FROM MARCH 15, 2023, TO MAY 1, 2023 BEFORE 12:00 P.M. |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Mr. Lemons' self-surrender date to the Bureau of Prisons, currently set for March 15, 2023, is continued to on or before May 1, 2023 at 12:00 P.M

IT IS SO ORDERED.

Dated:   **March 7, 2023**

_____
UNITED STATES DISTRICT JUDGE